# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AVTAR SINGH KANG,

    Plaintiff,

v.

LOLA PAROCUA, *et al*.,

    Defendants.

Case No. 2:10-cv-00323-LDG (LRL)

**ORDER**

    The plaintiff, Avtar Singh Kang, has filed a document moving for judgment (#4), judgment on the pleadings (#5), and summary judgment (#6). In addition, the document requests a hearing (#7).

    Though Kang has not requested a default, his motions depend upon his assertion that he served the defendants and that the defendants subsequently failed to timely appear. The docket, however, lacks any proof of service of the summons and complaint on any defendant. Further, in his moving papers, Kang asserts that he served the defendants on October 31, 2007, more than two years before he filed his present complaint.

    Accordingly, for good cause shown,

1  THE COURT **ORDERS** that Avtar Singh Kang's Motions for Judgment (#4), for
2 Judgment on the Pleadings (#5), for Summary Judgment (#6), and for a Hearing (#7) are
3 DENIED.

5  DATED this ___ day of August, 2010.

_____
Lloyd D. George
United States District Judge